■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ARTHUR KRAMER, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered June 9, 1975, convicting him of grand larceny in the second degree, after a nonjury trial, and sentencing him to a term of imprisonment with a minimum of three years and six months and a maximum of seven years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a term of imprisonment with a minimum of two years and a maximum of four years. As so modified, judgment affirmed. Upon the People's representation that there was a promise made as to sentence, we find the sentence to be excessive to the extent indicated herein. The other contentions raised by defendant are found to be without merit. Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN J. MEYERS, Also Known as MELVIN MYERS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 7, 1973, convicting him of robbery in the first degree (four counts), robbery in the second degree (two counts) and grand larceny in the third degree (two counts), upon a jury verdict, and imposing sentence. Judgment reversed, on the law, and new trial ordered. A new trial is required since extrajudicial statements of a codefendant, which inculpated the defendant, were improperly admitted into evidence (see *Bruton v United States,* 391 US 123). In the context of this case, the error was not harmless. Hopkins, Acting P. J., Latham, Damiani and Hawkins, JJ., concur.